UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PRESTON G. DUNCAN,<br><br>        Defendant. | No. CR-10-089-WFN<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING UNCONTESTED MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the court is Defendant's Uncontested Motion to Modify Conditions of Release and Motion to Expedite Hearing. (Ct. Rec. 29 and 30.)

Defendant asks for permission to move, with his mother, to another relative's home in Spokane, Washington. This change of address information was provided to the United States Probation Office. There is no objection to the Motion by either the United States Probation Office or the United States Attorney. Accordingly,

**IT IS ORDERED**:

1. Defendant's Uncontested Motion to Modify Conditions of Release **(Ct. Rec. 29)** is **GRANTED**.

2. Defendant's Motion to Expedite **(Ct. Rec. 30)** is **GRANTED**.

DATED September 17, 2010.

                                      S/ JAMES P. HUTTON
                            UNITED STATES MAGISTRATE JUDGE